IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN G. HOLLIS, | No. C 06-2790 TEH (PR) |
|     Plaintiff, | |
|   v. | ORDER AND INSTRUCTIONS TO THE CLERK |
| D. CAPLAN, | |
|     Defendant. | |

Plaintiff Marvin Hollis, a prisoner currently incarcerated at High Desert State Prison ("HDSP") in Susanville, California, has filed a pro se civil rights Complaint under 42 U.S.C. section 1983 alleging that Salinas Valley State Prison Correctional Lieutenant D. Caplan violated his First Amendment rights while he was incarcerated at that facility by falsely accusing him of a rules violation in retaliation for his use of the inmate administrative grievance system.  Doc. #1.  Plaintiff's Opposition to Defendant's Motion for Summary Judgment currently is due on July 8, 2009.  Doc. #15 at 3.

On February 18, 2009, this Court dismissed a motion filed by Plaintiff requesting injunctive relief to "prevent[] High Desert

1  State Prison officials from withholding and denying Plaintiff access
2  to his legal property . . . and access to an adequate law library."
3  Doc. #38.  Given that plaintiff recently filed a civil action in the
4  Eastern District to address this very issue, see Hollis v. McGuire,
5  No. 09-1065-KJM (E.D. Cal.), Doc. #6 at 1, it appears that this
6  issue remains unresolved.
7          To assist Plaintiff in timely filing his Opposition to
8  Defendant's Motion for Summary Judgment and in the interest of
9  justice, the Clerk is directed to mail Plaintiff a complete copy of
10 the First Amended Complaint any attachments thereto, Doc. #8, as
11 well as the Order of Service.  Doc. #15.
12         The Court also once again encourages HDSP officials to
13 allow Plaintiff reasonable access to his legal property and the law
14 library so that the legal proceedings to which Plaintiff is a party
15 may be resolved promptly and expeditiously.

         IT IS SO ORDERED.

DATED   06/17/09                    _____
                                    THELTON E. HENDERSON
                                    United States District Judge

G:\PRO-SE\TEH\CR.06\Hollis-06-2790.instructions to clerk-copies.wpd